| INTERNAL REVENUE SERVICE | | | | | | | 19018 - 0000-0 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| [redacted] | 02/23/2025  03/08/2025 | 04 | [redacted] | 0010 | 93-41-80-8039 | 2862 | GS | 08 | 06 | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $71,132.00 | PA | F/T | 01/12/2008 | $16,388.55 | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 70.50 | 330.50 | 2,402.64 | 11,211.08 |
| 11 | | NIGHT DIFFERENTIAL | 1.00 | 20.50 | 3.41 | 69.91 |
| 25 | | OT OVER 40 W/NIGHT DIFF | 1.00 | 20.50 | 51.12 | 1,047.96 |
| 34 | | FLSA | 1.00 | 20.50 | 0.02 | 6.45 |
| 61 | | ANNUAL LEAVE | 0.50 | 35.50 | 17.04 | 1,203.72 |
| 62 | | SICK LEAVE | 9.00 | 28.00 | 306.72 | 946.76 |
| 66 | | OTHER LEAVE | | 55.00 | | 1,849.24 |
| 66 | 61 | TIME OFF AWARDS | | 31.00 | | 1,038.80 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 81.00 | | 2,780.95 | 17,373.92 |
| 75 | 02 | RETIREMENT | | | 84.52 | 503.74 |
| 75 | 15 | TSP-FERS  *AMT BASED ON FIXED AMT | | | 20.00 | 120.00 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 168.91 | 1,056.08 |
| 77 | | FEDERAL TAX EXEMPTS S03 | | | 236.03 | 1,569.79 |
| 78 | | ST TAX PA   EXEMPTS 000 | | | 83.64 | 522.92 |
| 79 | | CITY TAX   EXEMPTS PHILADELPHIA, PA | | | 95.66 | 597.67 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | 11.84 | 70.40 |
| 83 | 10 | DENTAL PLAN | | | 39.66 | 238.72 |
| 83 | 11 | VISION PLAN | | | 16.97 | 101.64 |
| 87 | | UNION/ASSOCIATION DUES 10 0071 | | | 22.53 | 134.28 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 10.00 | 60.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 23.21 | 139.26 |
| 97 | | MEDICARE TAX WITHHELD | | | 39.50 | 246.98 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 852.47 | 5,361.48 |
| ** | ** | *************** NET PAY *************** | | | 1,928.48 | 12,012.44 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 32.00 | 26.50 | 29.25 | | | 240 00 |
| SICK | 16 | 17.00 | 3.00 | | | LEAVE CATEG |
| COMP | | | .25 | | | 8 |

REMARKS

IF YOU HAVENT RECEIVED YOUR 2024 W-2, OR HAVE MISPLACED IT, YOU CAN LOG ONTO YOUR EMPLOYEE PERSONAL PAGE AT HTTPS://WWW.NFC.USDA.GOV DOWNLOAD OR PRINT YOUR W-2 SO YOU CAN FILE YOUR TAXES TIMELY.  FOR ASSISTANCE CALL 866-743-5748 OPTION 1 THEN OPTION 2.

NAME AND ADDRESS

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-0000

Official Pay Date     03/20/2025

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN      UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | 19018 - 0000-0 | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|  | 03/09/2025  03/22/2025 | | 05 |  | | 0010 | 93-41-80-8039 | 2862 | GS | 08 | 06 |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE | | | | | |
| $71,132.00 | PA | F/T | 01/12/2008 | $16,473.07 | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 63.00 | 393.50 | 2,147.04 | 13,358.12 |
| 11 | | NIGHT DIFFERENTIAL | | 20.50 | | 69.91 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | 20.50 | | 1,047.96 |
| 34 | | FLSA | | 20.50 | | 6.45 |
| 43 | | COMP TIME PAID | | 0.25 | | 12.17 |
| 61 | | ANNUAL LEAVE | 10.00 | 45.50 | 340.80 | 1,544.52 |
| 62 | | SICK LEAVE | 7.00 | 35.00 | 238.56 | 1,185.32 |
| 66 | | OTHER LEAVE | | 55.00 | | 1,849.24 |
| 66 | 61 | TIME OFF AWARDS | | 31.00 | | 1,038.80 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,726.40 | 20,112.49 |
| 75 | 02 | RETIREMENT | | | 84.52 | 588.26 |
| 75 | 15 | TSP-FERS *AMT BASED ON FIXED AMT | | | 20.00 | 140.00 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 165.53 | 1,222.36 |
| 77 | | FEDERAL TAX EXEMPTS S03 | | | 224.03 | 1,796.50 |
| 78 | | ST TAX PA  EXEMPTS 000 | | | 81.96 | 605.12 |
| 79 | | CITY TAX  EXEMPTS PHILADELPHIA, PA | | | 93.79 | 691.88 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 82.24 |
| 83 | 10 | DENTAL PLAN | | | 39.66 | 278.38 |
| 83 | 11 | VISION PLAN | | | 16.97 | 118.61 |
| 87 | | UNION/ASSOCIATION DUES 10 0071 | | | 22.53 | 156.81 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 10.00 | 70.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 23.21 | 162.47 |
| 97 | | MEDICARE TAX WITHHELD | | | 38.71 | 285.87 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 832.75 | 6,198.50 |
| ** | ** | ************** NET PAY ************** | | | 1,893.65 | 13,913.99 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 40.00 | 36.50 | 27.25 | | | 240.00 |
| SICK | 20 | 24.00 | 0.00 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

IF YOU RECEIVE A LETTER ASKING IF YOU WANT TO TERMINATE OR CONTINUE YOUR HEALTH INSURANCE DURING NON-PAY OR EXTENDED LWOP MAKE SURE TO RESPOND IN WRITING WITHIN THE TIMEFRAME NOTED IN THE LETTER. IF A RESPONSE IS NOT RECEIVED YOUR HEALTH INSURANCE WILL BE TERMINATED RETROACTIVELY.

NAME AND ADDRESS

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-0000

Official Pay Date  04/03/2025

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN      UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | 19018 - 0000-0 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
| ███████ | 02/09/2025   02/22/2025 | | 03 | ███████ | 0010 | 93-41-80-8039 | 2862 | GS | 08 | 06 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $71,132.00 | PA | F/T | 01/12/2008 | $16,304.03 | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 58.00 | 260.00 | 1,976.64 | 8,808.44 |
| 11 | | NIGHT DIFFERENTIAL | 19.50 | 19.50 | 66.50 | 66.50 |
| 25 | | OT OVER 40 W/NIGHT DIFF | 19.50 | 19.50 | 996.84 | 996.84 |
| 34 | | FLSA | 19.50 | 19.50 | 6.43 | 6.43 |
| 61 | | ANNUAL LEAVE | 8.00 | 35.00 | 272.64 | 1,186.68 |
| 62 | | SICK LEAVE | | 19.00 | | 640.04 |
| 66 | | OTHER LEAVE | 9.00 | 55.00 | 306.72 | 1,849.24 |
| 66 | 61 | TIME OFF AWARDS | 5.00 | 31.00 | 170.40 | 1,038.80 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 99.50 | | 3,796.17 | 14,592.97 |
| 75 | 02 | RETIREMENT | | | 84.52 | 419.22 |
| 75 | 15 | TSP-FERS *AMT BASED ON FIXED AMT | | | 20.00 | 100.00 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 231.85 | 887.17 |
| 77 | | FEDERAL TAX EXEMPTS S03 | | | 459.38 | 1,333.76 |
| 78 | | ST TAX PA   EXEMPTS 000 | | | 114.80 | 439.28 |
| 79 | | CITY TAX   EXEMPTS PHILADELPHIA, PA | | | 130.59 | 502.01 |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 58.56 |
| 83 | 10 | DENTAL PLAN | | | 39.66 | 199.06 |
| 83 | 11 | VISION PLAN | | | 16.97 | 84.67 |
| 87 | | UNION/ASSOCIATION DUES 10 0071 | | | 22.53 | 111.75 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 10.00 | 50.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 23.21 | 116.05 |
| 97 | | MEDICARE TAX WITHHELD | | | 54.22 | 207.48 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 1,219.57 | 4,509.01 |
| ** | ** | *************** NET PAY *************** | | | 2,576.60 | 10,083.96 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | 5.00 | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 24.00 | 26.00 | 21.75 | | | 240|00 |
| SICK | 12 | 8.00 | 8.00 | | | LEAVE CATEG |
| COMP | | | .25 | | | 8 |

REMARKS

IF YOU HAVENT RECEIVED YOUR 2024 W-2, OR HAVE MISPLACED IT, YOU CAN LOG ONTO YOUR EMPLOYEE PERSONAL PAGE AT HTTPS://WWW.NFC.USDA.GOV. DOWNLOAD OR PRINT YOUR W-2 SO YOU CAN FILE YOUR TAXES TIMELY.  FOR ASSISTANCE CALL 866-743-5748, OPTION 1 AND THEN OPTION 2.

NAME AND ADDRESS

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-0000

Official Pay Date     03/06/2025

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN         UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | 19018 - 0000-0 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
| ▮▮▮ | 01/26/2025 | 02/08/2025 | 02 | ▮▮▮ | 0010 | 93-41-80-8039 | 2862 | GS | 08 | 06 |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | | | | | |
| $71,132.00 | PA | F/T | 01/12/2008 | $16,219.51 | STATEMENT OF EARNINGS AND LEAVE | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 63.00 | 202.00 | 2,147.04 | 6,831.80 |
| 61 | | ANNUAL LEAVE | 9.00 | 27.00 | 306.72 | 914.04 |
| 62 | | SICK LEAVE | 8.00 | 19.00 | 272.64 | 640.04 |
| 66 | | OTHER LEAVE | | 46.00 | | 1,542.52 |
| 66 | 61 | TIME OFF AWARDS | | 26.00 | | 868.40 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,726.40 | 10,796.80 |
| 75 | 02 | RETIREMENT | | | 84.52 | 334.70 |
| 75 | 15 | TSP-FERS | | | 20.00 | 80.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 165.53 | 655.32 |
| 77 | | FEDERAL TAX EXEMPTS S03 | | | 224.03 | 874.38 |
| 78 | | ST TAX PA  EXEMPTS 000 | | | 81.96 | 324.48 |
| 79 | | CITY TAX  EXEMPTS | | | 93.79 | 371.42 |
| | | PHILADELPHIA, PA | | | | |
| 81 | | FEGLI- COVERAGE $  $74,000 | | | 11.84 | 46.72 |
| 83 | 10 | DENTAL PLAN | | | 39.66 | 159.40 |
| 83 | 11 | VISION PLAN | | | 16.97 | 67.70 |
| 87 | | UNION/ASSOCIATION DUES 10 0071 | | | 22.53 | 89.22 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 10.00 | 40.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 23.21 | 92.84 |
| 97 | | MEDICARE TAX WITHHELD | | | 38.71 | 153.26 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 832.75 | 3,289.44 |
| ** | ** | ************** NET PAY ************** | | | 1,893.65 | 7,507.36 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | 5.00 |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 16.00 | 18.00 | 21.75 | | | 240.00 |
| SICK | 8 | 8.00 | 4.00 | | | LEAVE CATEG |
| COMP | | | .25 | | | 8 |

REMARKS

NAME AND ADDRESS

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-0000

Official Pay Date    02/20/2025

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN    UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | 19018 - 0000-0 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
| | 01/12/2025  01/25/2025 | | 01 | | 0010 | 93-41-80-8039 | 2862 | GS | 08 | 06 |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE | | | | |
| $71,132.00 | PA | F/T | 01/12/2008 | $16,134.99 | | | | | | |

### EARNINGS AND DEDUCTIONS

| | | ITEM | HOURS | | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| CODE | | DESCRIPTION | P/P | YR. TO DATE | | P/P | YR TO DATE |
| 01 | | REGULAR TIME | 62.00 | 139.00 | | 2,112.96 | 4,684.76 |
| 61 | | ANNUAL LEAVE | 9.00 | 18.00 | | 306.72 | 607.32 |
| 62 | | SICK LEAVE | | 11.00 | | | 367.40 |
| 66 | | OTHER LEAVE | 9.00 | 46.00 | | 306.72 | 1,542.52 |
| 66 | 61 | TIME OFF AWARDS | | 26.00 | | | 868.40 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | | 2,726.40 | 8,070.40 |
| 75 | 02 | RETIREMENT | | | | 84.52 | 250.18 |
| 75 | 15 | TSP-FERS | | | | 20.00 | 60.00 |
| | | *AMT BASED ON FIXED AMT | | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | | 165.53 | 489.79 |
| 77 | | FEDERAL TAX   EXEMPTS S03 | | | | 224.03 | 650.35 |
| 78 | | ST TAX PA    EXEMPTS 000 | | | | 81.96 | 242.52 |
| 79 | | CITY TAX    EXEMPTS | | | | 93.79 | 277.63 |
| 81 | | FEGLI- COVERAGE $   $74,000 | | | | 11.84 | 34.88 |
| 83 | 10 | DENTAL PLAN | | | | 39.66 | 119.74 |
| 83 | 11 | VISION PLAN | | | | 16.97 | 50.73 |
| 87 | | UNION/ASSOCIATION DUES 10 0071 | | | | 22.53 | 66.69 |
| | | DUES CHANGE | | | | | |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 10.00 | 30.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | 23.21 | 69.63 |
| 97 | | MEDICARE TAX WITHHELD | | | | 38.71 | 114.55 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | | 832.75 | 2,456.69 |
| ** | ** | *************** NET PAY *************** | | | | 1,893.65 | 5,613.71 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | 5.00 |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 8.00 | 9.00 | 22.75 | | | 240 00 |
| SICK | 4 | | 8.00 | | | LEAVE CATEG |
| COMP | | | .25 | | | 8 |

REMARKS

SAL CHNG-$ 69700.00PA TO$ 71132.00

NAME AND ADDRESS

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-0000

Official Pay Date    02/06/2025

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN     UT 84409
Phone 866-743-5748