**Mailing List Exhibit**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Aldan Borough
1 W Providence Rd
Aldan, PA 19018-3909

Cornerstone
PO Box 82561
Lincoln, NE 68501

Delaware County Tax Claim Bureau
201 W Front St
Media, PA 19063-2708

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Mr Cooper/United Wholesale Mortgage
Attn: Bankruptcy
PO Box 619098
Dallas, TX 75261-9741

NAVY FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

RentReporters
Attn: Bankruptcy 87 N Raymond Ave #522
Pasadena, CA 91103

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328

Westlake Portfolio Management, LLC
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054-0809

William Penn School District
100 Green Ave
Lansdowne, PA 19050-1449