UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| KELLY IRANA SWABY | Bankruptcy No. 25-11368-AMC |
| Debtor | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.The within case was commenced by the filing of a Chapter 13 petition on 04/08/2025.

3.This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

- Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C. Section 521(e)(2).

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/05/2025Respectfully submitted,

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trusteee
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
Telephone: (215) 627-1377