L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KELLY IRANA SWABY<br>    Debtor | Case No. 25-11368-amc<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs.<br>KELLY IRANA SWABY<br>    Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on July 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: July 29, 2025

                                                         /s/Andrew Spivack
                                                         Andrew Spivack, PA Bar No. 84439
                                                         Mario Hanyon, PA Bar No. 203993
                                                         Ryan Srnik, PA Bar No. 334854
                                                         Jay Jones, PA Bar No. 86657
                                                         Attorney for Creditor
                                                         BROCK & SCOTT, PLLC
                                                         3825 Forrestgate Drive
                                                         Winston Salem, NC 27103
                                                         Telephone: (844) 856-6646
                                                         Facsimile: (704) 369-0760
                                                         E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Debtor's Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

US Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-4206
Debtor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: