| Debtor Name: | KELLY SWABY | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 2511368 | | | | | |
| Filing Date: | 04/08/25 | | | | | |
| Post First Due: | 05/01/25 | | | Completed Date: | 7/11/2025 | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | RMMP POC is $1881.47 |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | Note- No payments received post BK filed date |
| | | | | $ - | $ - | |