IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KELLY IRANA SWABY<br>     Debtor | Case No. 25-11368-amc |
| Freedom Mortgage Corporation,<br>     Movant | Chapter 13 |
| vs.<br>KELLY IRANA SWABY<br>     Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____ , 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: August 22, 2025**

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE


KELLY IRANA SWABY
324 LAUREL AVE
ALDAN, PA 19018-4206

Michael A Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107